FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-MJ-07140-MKD-1 |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE ON COMPLAINT |
| vs. | |
| RENE RAMOS, | **ACTION REQUIRED** |
| Defendant. | |

On Friday, July 28, 2017, the Defendant made his initial appearance on the Complaint (ECF No. 1). The Defendant appeared, in custody, with Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney Megan McCalla represented the United States.

Defendant was advised of, and acknowledged the charge against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

The Office of the Federal Defenders was appointed to represent the Defendant.

ORDER FOLLOWING INITIAL APPEARANCE ON COMPLAINT - 1

1       The United States moved for detention (ECF No. 4). A pretrial services

2 report was ordered and a detention hearing was set before **Judge Dimke in**

3 **Yakima, Washington, on July 31, 2017, at 1:00 p.m.**

4       A preliminary hearing was set for Wednesday, August 09, 2017, at 1:00

5 p.m., **before Judge Dimke in Yakima, Washington.**

6       Until further order of this Court, the Defendant shall be committed to the

7 custody of the Attorney General for confinement in a corrections facility separate,

8 to the extent practicable, from persons awaiting or serving sentences or being held

9 in custody pending appeal. Defendant shall be afforded reasonable opportunity for

10 private consultation with counsel. On order of a court of the United States or on

11 request of an attorney for the United States, the person in charge of the corrections

12 facility in which the Defendant is confined shall deliver the Defendant to a United

13 States Marshal for the purpose of an appearance in connection with a court

14 proceeding.

15       DATED this July 28, 2017.

                        s/*Mary K. Dimke*
                      MARY K. DIMKE
              UNITED STATES MAGISTRATE JUDGE