JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE RAMOS,<br><br>Defendants. | 4:17-CR-6029-EFS<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2<br>Possession with the Intent to Distribute 50 grams or More of Actual Methamphetamine<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury Charges:

That on or about July 27, 2017, in the Eastern District of Washington, the Defendant, RENE RAMOS, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 1

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841(a)(1), RENE RAMOS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this __1__ day of ~~July~~ August, 2017.

                                            A TRUE BILL

                                            Foreperson

JOSEPH H. HARRINGTON
Acting United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 2