# PENALTY SLIP

**DEFENDANT NAME:** RENE RAMOS

**TOTAL NO. COUNTS:** 1

**VIO:** 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Possession with the Intent to Distribute 50 Grams or More of Actual Methamphetamine

**PENALTY:** CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a;

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO. 4:17-CR-6029-EFS-1

AUSA INITIAL_____ SAV