Jennifer R. Barnes
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Rene Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Rene Ramos,<br><br>              Defendant. | No. 4:17-CR-6029-EFS<br><br>**Notice of Appearance** |

Please take notice that Jennifer R. Barnes of the Federal Defenders of Eastern Washington and Idaho hereby enters her appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Notice of Appearance: 1

Dated: August 4, 2017.

By s/ Jennifer R. Barnes
Jennifer R. Barnes, 23664
Attorney for Rene Ramos
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jennifer_Barnes@fd.org

## Certificate of Service

I hereby certify that on August 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Jennifer R. Barnes
Jennifer R. Barnes

Notice of Appearance: 2